UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED 2023 DEC -6 PM 2:34
US DISTRICT COURT
EASTERN DIST. TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO. 3:23-CR-122 |
| v. ) | JUDGES Varlan/McCook |
| ARKEEVIS RAVON HARRIS, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, on or about August 29, 2022, in the Eastern District of Tennessee, the defendant, ARKEEVIS RAVON HARRIS, knowing he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, and the firearm and ammunition were transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that, on or about August 29, 2022, in the Eastern District of Tennessee, the defendant, ARKEEVIS RAVON HARRIS, did knowingly possess a "machine gun," and the defendant knew, or was aware of, the essential characteristics of the firearm which made it a "machine gun" as defined by Title 26, United States Code, Section 5845, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

1

## COUNT THREE

The Grand Jury further charges that, on or about August 29, 2022, in the Eastern District of Tennessee, the defendant, ARKEEVIS RAVON HARRIS, did knowingly receive and possess a firearm, that is, a Glock 22, .40 caliber firearm equipped with a machine gun conversion device, commonly referred to as a "Glock switch," which is a firearm made in violation of chapter 53 of Title 26, all in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871.

## FORFEITURE ALLEGATIONS

1. The allegation contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d)(1) Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), 924(a)(2), and/or Title 26, United States Code, Sections 5822, 5861(c), and 5871 set forth in this Indictment, the defendant, ARKEEVIS RAVON HARRIS, shall forfeit to the United States under Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to, the following:

   a. Glock 22, .40 caliber handgun with a machine gun conversion device and

   b. Ammunition.

3. If, any of the properties described above, as a result of any act or omission by the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

then the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

MIRIAM JOHNSON
Assistant United States Attorney